**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DEBRA A. LACEK,

      Plaintiff,

v.                                                                   Case. No. 13-10092
                                                                     Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on February 25, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I.  INTRODUCTION**

Plaintiff filed this action challenging Defendant's final denial of Plaintiff's eligibility for

disability benefits.  This matter currently comes before the Court on the Magistrate Judge's

Report and Recommendation [dkt 17], in which the Magistrate Judge recommends that

Plaintiff's Motion for Summary Judgment [dkt 11] be granted,  Defendant's Motion for

Summary Judgment [dkt 15] be denied, and that the case be remanded for further proceedings

under sentence four of 42 U.S.C. § 405(g).  No objections were filed to the Magistrate's Report

and Recommendation, and the time period in which to do so has elapsed.  *See* Fed. R. Civ. P

72(b)(2).

2

The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation.   As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt 17].  Plaintiff's Motion for Summary Judgment is GRANTED [dkt 11], Defendant's Motion for Summary Judgment is DENIED [dkt 15], and this case is remanded for further proceedings consistent with the Magistrate Judge's Report and Recommendation .

IT IS SO ORDERED.

s/Lawrence P. Zatkoff

Date:  February 25, 2014          HON. LAWRENCE P. ZATKOFF
                                  UNITED STATES DISTRICT JUDGE